AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Parker Meyer, *Plaintiff* <br> v. <br> Jeffrey Anderson, Jeff Anderson & Associates PA, *Defendants* | Civil Action No.   2:19-cv-00640-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Defendants, Jeffrey Anderson and Jeff Anderson & Associates PA,. Plaintiff, Parker Meyer, shall take nothing of Defendants as to the complaint filed pursuant to 28 U.S.C. § 1332 and the action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.

Date:  December 6, 2022                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/H.Cornwell
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*